No. 67803.—Abercrombie & Fitch Co. *v.* United States, protests 58/24070, 59/16974, and 59/27773 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of wearing apparel, composed of a synthetic textile material, similar in use to silk knit outerwear and following *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.